■ WILLIAM PUGLIESE et al., Partners Doing Business as MEDICAL ASSOCIATES OF NEW PALTZ, Appellants, v. HERBERT M. WEINMAN, Respondent.— Order affirmed, with costs. We do not pass upon the merits. Plaintiffs, if so advised, may move for a preference (CPLR 3403, subd. [a], par. 3). Herlihy, P. J., Reynolds, Aulisi, Staley, Jr. and Sweeney, JJ., concur.